IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENE AUDRA GUINN | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | NO. 3-06-CV-1878-D |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER

After conducting a *de novo* review of the pleadings, files, and records in this case, the findings and recommendation of the United States Magistrate Judge, and petitioner's December 26, 2006 objections, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

December 28, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE


_____
UNITED STATES DISTRICT JUDGE